■ BETTY L. KIMMEL et al., Appellants-Respondents, v STATE OF NEW YORK et al., Respondents-Appellants. (Appeal No. 2.) [689 NYS2d 908] —Amended order unanimously modified on the law and as modified affirmed with costs to plaintiffs in accordance with the same Memorandum as in *Kimmel v State of New York* (261 AD2d 843 [decided herewith]). (Appeals from Amended Order of Supreme Court, Monroe County, Calvaruso, J.—Renewal.) Present—Denman, P. J., Green, Pine, Lawton and Hurlbutt, JJ.